584 A.2d 205
RUTH BETSKER AND CHARLES BETSKER v. MISS SANDRA'S
SCHOOL OF DANCE, ET AL.

May 1, 1990.

Petition for certification denied.

584 A.2d 205
GERARD PASTORE, SR. v. COUNTY OF ESSEX.

May 1, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 371, 568 *A.*2d 81)

584 A.2d 205
MARGUERITE HENDERSON v. CAPITAL CITIES
COMMUNICATIONS, INC.

May 1, 1990.

Petition for certification denied.

584 A.2d 205
HARRY MUSUMECI v. GREENBLATT & RIESENBURGER.

May 1, 1990.

Petition for certification denied.